IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAKIM JIGGETTS,**<br><br>      **Petitioner,**<br><br> v.<br><br>**SUPERINTENDENT SCI PHOENIX,** *et al.***,**<br><br>      **Respondents.** | **CIVIL ACTION NO. 19-1263** |

## ORDER

**AND NOW,** this 9th day of March 2022, upon consideration of Petitioner's Motion to Alter or Amend Judgment [Doc. No. 31], the Respondents' response thereto, and Petitioner's reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Petitioner's "Motion to Alter or Amend Judgment" [Doc. No. 31] is **DENIED**.

2. There is no probable cause to issue a certificate of appealability.[1]

3. Petitioner's "Motion to Strike Response" [Doc. No. 36] is **DENIED**.[2]

It is so **ORDERED.**

                       BY THE COURT:

                       /s/ Cynthia M. Rufe
                       **CYNTHIA M. RUFE, J.**

---

[1] For the reasons presented in the accompanying Memorandum Opinion, there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation omitted).

[2] Although styled as a motion to strike the Response [Doc. No. 35], the substance of this filing constitutes a reply brief. As the Court interprets *pro se* filings liberally, the Court considered the facts and arguments presented in this filing in the accompanying Memorandum Opinion as though Petitioner had filed a reply brief.